THE STATE EX REL. GRAVES, APPELLANT, *v.* NEY, JUDGE, APPELLEE.

[Cite as *State ex rel. Graves v. Ney* (1999), 87 Ohio St.3d 234.]

(No. 99–1214—Submitted October 12, 1999—Decided November 24, 1999.)

*Gary Graves, pro se.*

**Per Curiam.** We affirm the judgment of the court of appeals. Original actions for extraordinary relief like a writ of mandamus must be commenced by filing a complaint or petition rather than a motion. See *State ex rel. Brantley v. Ghee* (1998), 83 Ohio St.3d 521, 522, 700 N.E.2d 1258, 1259.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.